ACCEPTED
03-15-00285-CV
8308433
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 3:30:40 PM
JEFFREY D. KYLE
CLERK

## NO.  03-15-00285-CV

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 3:30:40 PM
JEFFREY D. KYLE
Clerk

**VOLKSWAGEN GROUP OF AMERICA, INC.
AND AUDI OF AMERICA, INC.**

*Appellants,*

**v.**

**JOHN WALKER III, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF
THE TEXAS DEPARTMENT OF MOTOR VEHICLES BOARD, AND THE
HONORABLE MICHAEL J. O'MALLEY AND THE HONORABLE
PENNY A. WILKOV, IN THEIR OFFICIAL CAPACITIES AS
ADMINISTRATIVE LAW JUDGES FOR THE STATE OFFICE OF
ADMINISTRATIVE HEARINGS,**

*Appellees.*

*On Appeal From the 201st District Court Travis County, Texas
Trial Court Cause No. D-1-GN-15-001186
Honorable Amy Clark Meachum, Presiding Judge*

## MOTION TO DISMISS APPEAL

TO THE HONORABLE THIRD COURT OF APPEALS:

1.      Appellants ask the Court to dismiss this appeal.

2. Appellants are Volkswagen Group of America, Inc. and Audi of America, Inc. Appellees are John Walker III, in his official capacity as Chairman of the Texas Department of Motor Vehicles Board and the Honorable Michael J. O'Malley and the Honorable Penny A. Wilkov, in their official capacities as Administrative Law Judges for the State Office of Administrative Hearings.

3. Appellants perfected this appeal on May 8, 2015, by filing a Notice of Appeal. Appellees do not seek relief in this appeal and do not oppose this motion.

4. Appellants are the only parties seeking relief in this appeal.

5. The Court has authority under Tex. R. App. P. 42.1(a)(1) to grant this Motion to Dismiss.

6. The Parties in the underlying administrative action styled *Budget Leasing, Inc. d/b/a Audi North Austin and Audi South Austin, Protestant, Ricardo M. Weitz, Hi Tech Imports North, LLC, Hi Tech Imports South, LLC and Hi Tech Imports, LLC, Intervenors and Volkswagen Group of America, Inc. and Porsche Cars North America, Inc., Respondents*, SOAH Docket No. 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.LIC, MVD Docket No. 13-0008 LIC have reached an agreement resolving their differences in that protest before the Texas Department of Motor Vehicles, Motor Vehicle Division. Resolution of the administrative action settles the matters at issue in this appeal.

7.　　Appellants ask the Court to render judgment dismissing this appeal pursuant to Tex. R. App. P. 42.1(a)(1), with each party bearing its own attorneys' fees, expenses and costs.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ *Billy M. Donley*
Billy M. Donley
State Bar No. 05977085
Mark E. Smith
State Bar No. 24070639
811 Main Street, Suite 1100
Houston, Texas 77002
(713) 751-1600 (Telephone)
(713) 751-1717 (Facsimile)
bdonley@bakerlaw.com
mesmith@bakerlaw.com

COUNSEL FOR PLAINTIFFS
VOLKSWAGEN GROUP OF AMERICA,
INC. AND AUDI OF AMERICA, INC.

## CERTIFICATE OF CONFERENCE

As required by TEX. R. APP. P. 10.1, Appellants' counsel conferred with Appellees' counsel regarding this Motion to Dismiss. Dennis McKinney, counsel for Appellee John Walker III, Kimberly Fuchs, Counsel for Appellees Michael J. O'Malley and Penn A. Wilkov, Dent M. Morton, counsel for Appellees Ricardo M. Weitz; Hi Tech Imports North, LLC; Hi Tech Imports, South, LLC; and Hi Tech Imports, LLC, and William R. Crocker, counsel for Intervenor Budget Leasing, Inc. all indicated that their clients were unopposed.

/s/ Billy M. Donley
**Billy M. Donley**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Dismiss Appeal has been served in accordance with the Texas Rules of Appellate Procedure on the counsel of record listed below on this the 18th day of December, 2015.

Kimberly Fuchs
kimberly.fuchs@texasattorneygeneral.gov
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548

*Counsel for Defendants Michael J. O'Malley and Penny A. Wilkov*

Dennis McKinney
dennis.mckinney@texasattorneygeneral.gov
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548

*Counsel for Defendant John Walker III*

J. Bruce Bennett
jbb.chblaw@sbcglobal.net
Cardwell, Hart & Bennett, LLP
807 Brazos, Suite 1001
Austin, Texas 78701

Joseph W. Letzer
jletzer@burr.com
Burr & Forman, LLP
420 20th Street N., Suite 3400
Birmingham, AL 35203

*Counsel for Intervenors Ricardo M. Weitz,*
*Hi Tech Imports North, LLC, Hi Tech Imports*
*South, LLC and Hi Tech Imports, LLC*

Wm. R. Crocker
crockerlaw@earthlink.net
807 Brazos, Ste. 1014
Austin, Texas 78701

*Counsel for Intervenor Budget Leasing, Inc.*

/s/ *Billy M. Donley*
Billy M. Donley